IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DRIDEN MULTICOMMUNICATIONS, LLC,

    Plaintiff,

   v.

MEGAPATH, INC.,

    Defendant.

Civil Action No. 12-1473 (GMS)

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, through their attorneys of record, that this action is dismissed, with prejudice as to claims arising from any activity occurring prior to the entry of this Dismissal, and without prejudice as to claims arising from any activity occurring after entry of this Dismissal.   The parties further stipulate and agree that all attorneys' fees, costs of court and expenses relating to this action should be borne by the party incurring same.

Dated: July 23, 2013      Respectfully submitted,


*/s/ Jack B. Blumenfeld*       */s/ Timothy Devlin*
Jack B. Blumenfeld (#1014)      Timothy Devlin #4241
Julia Heaney (#3052)        Farney Daniels PC
MORRIS, NICHOLS, ARSHT & TUNNELL LLP   1220 Market Street, Suite 850
1201 North Market Street       Wilmington, DE 19806
P.O. Box 1347         Telephone:  (302) 300-4626
Wilmington, DE  19899       tdevlin@farneydaniels.com
Telephone: (302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com        **Attorneys for Plaintiff**
             **Brandywine Communications Technologies,**
             **LLC**
**Attorneys for Defendant**
**MegaPath, Inc.**